UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE SECURITIES, INC., MULTIFAMILY MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-K46,<br><br>                 Plaintiff,<br><br>vs.<br><br>318 EAST ASSOCIATES, LLC, DAVID AMIRIAN, ERIC BRODY, and "JOHN DOE" NO. 1 THROUGH "JOHN DOE" NO. 100, the names of the "John Doe" Defendants being Fictitious and Unknown to Plaintiff, the Persons and Entities Intended Being Those Who May Be in Possession of, or May Have Possessory Liens or Other Interests in, the Premises Herein Described,<br><br>                 Defendants. | Case No. 25-cv-5429 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff U.S. Bank National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2015-K46, by and through its undersigned counsel, hereby dismisses, without prejudice, the above-captioned action.  All parties shall bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

Dated: New York, New York
        August 22, 2025

**ALSTON & BIRD LLP**

By: */s/ Richard J. Galati, Jr.*
     Richard J. Galati, Jr.
     90 Park Avenue
     New York, NY 10016
     Tel:  (212) 210-9400
     richard.galati@alston.com
     *Attorneys for Plaintiff*